MICHAEL H. KRAM v. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument in certain respects, or for a modification or resettlement of one of said orders of this court, denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FREDERICK W. SUESSMAN v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. LOUIS EDWARD RAMM v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. LEWIN BLECHMAN v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. G. FRANK DOUGHERTY v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 3.) G. FRANK DOUGHERTY, as Ancillary Administrator, etc., of LEON ABRAMOVITCH WARSHAVSKY, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 4.) G. FRANK DOUGHERTY v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 10.) G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 12, CARL LUDWIG BAUER, Insured.) G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 13, ALEXANDER LANDE, Insured.) G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 24, JANKEL RABINOWICZ, Insured.) G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 25, BORUCH SELTZER, Insured.) G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES (Action No. 27, NICOLAI ILYINE, Insured.) LEWIS A. PINKUSSOHN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 23, MAXIMILIAN PHILIPP, Insured.) LEWIS A. PINKUSSOHN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 29, PAUL MINDER, Insured.) LEWIS A. PINKUSSOHN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 49, MAX BERTSCHY, Insured.) LEWIS A. PINKUSSOHN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 54, GEORG FAHRBACH, Insured.) LEWIS A. PINKUSSOHN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 69, GEORG FAHRBACH, Insured.) LEWIS A. PINKUSSOHN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 72, PAUL FAHRBACH, Insured.) LEWIS A. PINKUSSOHN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 74, JULIUS MARTENS, Insured.) LEWIS A. PINKUSSOHN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 100, ALEXANDER ELFENBEIN, Insured.) G. FRANK DOUGHERTY, as Ancillary Administrator, etc., of LEON ABRAMOVITCH WARSHAVSKY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motions for leave to appeal to the Court of Appeals granted. Settle orders on notice. Present — Finch, P. J., Martin and O'Malley, JJ.

PATRICK HARRIGAN and Others v. LEWIS H. POUNDS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BARNET KELMENSON and Another v. HERBERT STEINER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

COPAK FABRICS CORPORATION v. ARROW PIECE DYEING AND FINISHING CO.,